IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott A. Johnson,<br><br>          Plaintiff,<br><br>     v.<br><br>Edward Matsui, Individually and d/b/a Hazel Sunset Self Storage, and as Trustees of The Matsui 1991 Revocable Living Trust; Betty A. Matsui, Individually d/b/a Hazel Sunset Self Storage, and as Trustees of The Matsui 1991 Revocable Living Trust,<br><br>          Defendant.<br>_____ | 2:10-cv-01307-GEB-KJM<br><br>ORDER OF DISMISSAL |

        Plaintiff filed a Notice of Settlement on September 8, 2010, in which he states "the parties have settled this action. Dispositional documents will be filed within (30) calendar days." (ECF No. 8.) Therefore, an "Order Re Settlement and Disposition" was filed on September 14, 2010, in which it was stated "a dispositional document shall be filed no later than October 8, 2010[;]" and "[f]ailure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed." (ECF No. 9.)

1   Since no response to the September 14th Order has been filed,
2 and no reason has been provided for the continued pendency of this
3 action, this action is dismissed without prejudice.

Dated: October 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge